IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02985-PAB-BNB

IN THE MATTER OF THE ESTATE OF:

A.J.A.

Protected Person.

___

**ORDER**
___

I am informed that this case has been resolved, subject to the approval of the probate court.  Accordingly,

IT IS ORDERED that on or before **April 3, 2011**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a), or a status report addressing why dismissal has not been accomplished.

Dated February 3, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge