IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02985-PAB-BNB

IN THE MATTER OF THE ESTATE OF:

A.J.A.

      Protected Person.

_____

**ORDER**
_____

This matter is before the Court *sua sponte* pursuant to Fed. R. Civ. P. 5.2(a)(3), which governs privacy protection for filings made with the Court. Accordingly, it is

**ORDERED** that the name of the plaintiff currently referred to on the docket sheet as the "In Re Plaintiff" shall be removed from the docket sheet and renamed as "A.J.A." All filings in this case should use the initials "A.J.A." to comply with Fed. R. Civ. P. 5.2(a)(3). It is further

**ORDERED** that Docket Nos. 1, 3 and 6, which include the caption violating Fed. R. Civ. P. 5.2(a)(3) be sealed.

DATED April 27, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge